# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HEIDI L. ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>Defendant. | Case No. 09-cv-0639-TSZ<br><br>ORDER REMANDING CASE |

THIS MATTER comes before the Court on the Report and Recommendation ("R&R"), docket no. 18, of the Honorable James P. Donohue, United States Magistrate Judge. Having reviewed the R&R and having received no objections thereto, the Court hereby:

(1) ADOPTS the unopposed R&R, docket no.18; and

(2) REVERSES the final decision of the Commissioner of the Social Security Administration and REMANDS this case to the Social Security Administration for further proceedings not inconsistent with the R&R.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Magistrate Judge Donohue.

ORDER REMANDING CASE
PAGE - 1

DATED this 1st day of March, 2010.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER REMANDING CASE
PAGE - 2